NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ISAIAH R. THOMAS,                       )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No. 2D18-3716
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____     )

Opinion filed May 10, 2019.

Appeal from the Circuit Court for Lee
County; Nicholas R. Thompson, Judge.

Isaiah R. Thomas, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan S. Tannen,
Assistant Attorney General, Tampa, for
Appellee.



PER CURIAM.


            Affirmed.


LaROSE, C.J., and CASANUEVA and KHOUZAM, JJ., Concur.